**NO IMAGE REQUIRED**