1
2  **AMRANE COHEN**
   **CHAPTER 13 TRUSTEE**
3  **770 The City Drive South, Suite 3300**
   **Orange CA, 92868**
4  **Tel: (714) 621-0200**
   **Fax: (714) 621-0277**
5
6                      **UNITED STATES BANKRUPTCY COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**
7
8  **IN RE:**                              Chapter 13
   **TU KIM NGUYEN**                       Case No.: 8:11-bk-12857-RK
9
                                           **NOTICE THAT TRUSTEE MAY MAKE AN**
10              Debtor(s).                 **ORAL MOTION TO DISMISS OR CONVERT**
                                           **THIS CASE FOR CAUSE**
11                                         **Confirmation Hearing**
                                           DATE:  5/12/2011
12                                         TIME:  10:00:00AM
                                           CRTRM: 5D  at  411 W. 4th St., Santa Ana, CA
13

14         NOTICE IS HEREBY GIVEN that on the date, time and in the Courtroom above

15  referenced, the Court will consider confirmation of the Debtor(s)' Chapter 13 Plan.  In the event

16  the Debtor(s)' Plan is not confirmed by the Court at that hearing, the Court will also consider the

17  Chapter 13 Trustee's motion to dismiss the case, including dismissal with a 180-day bar against

18  refiling under 11 U.S.C.  Section 109(g), or to convert the Chapter 13 Case to Chapter7, should the

19  Debtor(s) fail to: (1) comply with 11 U.S.C.  Section 1307; (2) comply with 11 U.S.C. Section

20  1322; (3) comply with 11 U.S.C. Section 1325; (4) comply with Local Bankruptcy Rule 3015-1;

21  and/or, (5) comply with orders of the Court.

22         NOTICE IS FURTHER GIVEN that opposition, if any, to such oral motion by the

23  Trustee may be presented at that hearing.

24
25
26  Dated: March 20, 2011.                        /s/Amrane Cohen
                                                  Amrane Cohen, Chapter 13 Trustee
27
28

| In re:<br>Tu Kim Nguyen<br>6042 Ronald Cir<br>Cypress, CA 90630 | Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:11-bk-12857-RK |
|---|---|---|

   **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My busines address is:

770 THE CITY DR. SOUTH, #3300
ORANGE, CA  92868

A true and correct copy of the foregoing document described as <u>Notice Trustee May Make an Oral Motion to Dismiss/Convert For Cause</u> will be served  or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**<u>I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -</u>** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 3/30/2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

   Gary L Harre                                                               ghcmecf@gmail.com

**<u>II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served):
On 3/30/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

   Tu Kim Nguyen
   6042 Ronald Cir
   Cypress, CA 90630

**<u>III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served):  Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that persoanl delivery on the judge will be completed no later than 24 hours after the document is filed.

   Delivered to the intake box for         _____        on the 5th Floor of the Bankruptcy Court

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 30, 2011 | LINDA MONROY | /s/_LINDA MONROY__ |
|---|---|---|
| *Date* | *Type Name* | *LINDA MONROY* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*