**GLOBAL CAPITAL LAW, P.C.**
GARY HARRE (CBN 86398)
DIANE J. BEALL (CBN 86877)
8700 Warner Ave, Ste 200
Fountain Valley, CA 92647
Telephone: (714) 907-4182
Facsimile:  (714) 907-4175
Email: ghcmecf@gmail.com

Attorney for Debtor, TU KIM NGUYEN

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>    TU KIM NGUYEN | **CASE NO. 8:11-bk-12857-RK**<br><br>**Chapter 13**<br><br>**NOTICE OF NON-OBJECTION TO DEBTOR'S CHAPTER 13 PLAN CONFIRMATION.**<br><br>**Section 341(a) Meeting Of Creditors**:<br>Date:  April 13, 2011<br>Time:   11:00 A.M.<br>Hearing Room:  1-154<br><br>**Confirmation Hearing**:<br>Date: May 12, 2011<br>Time:   10:00 A.M.<br>Ctrm:   5  D<br>Floor: 5th |

   PLEASE TAKE NOTICE that as of this date, no objection to confirmation of Debtor's Chapter 13 plan has been lodged with this Court.  Therefore, Debtor's Chapter 13 plan has been proposed in good faith pursuant to <u>Federal Rule of Bankruptcy Procedure</u>, Rule 3015(f).

   Furthermore, failure to file a written objection on a timely basis is hereby deemed a waiver of objection pursuant to <u>Federal Rule of Bankruptcy Procedure</u>, Rule 3015-1(g)(3).

DATED: 04/06/2011                                             Global Capital Law, P.C.


                                                              ___/s/  Gary Harre _____
                                                              By: GARY HARRE
                                                              Attorney for Debtor

---

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  8700 Warner Avenue, Suite 200, Fountain Valley, CA 92807

A true and correct copy of the foregoing document described as **Notice of Non-Objection to Debtor's Chapter 13 Plan Confirmation** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 6, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Gary L Harre    ghcmecf@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 6, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Robert N. Kwan
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701

**Service information continued on attached page**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Service information continued**

- 2 -
COMPLAINT TO DETERMINE THE NATURE, EXTENT AND VALIDITY OF LIEN AND TO DISALLOW SECURED CLAIM.

1

2   **Deutsche Bank National Trust Co.**
    1761 E St., Andrew's Place
3   Santa Ana, CA 92705

4   **OneWest Bank**
    c/o IndyMac Mortgage Servicer
5   P.O. Box 4045
    Kalamazoo, MI 49003
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
COMPLAINT TO DETERMINE THE NATURE, EXTENT AND VALIDITY OF LIEN AND TO DISALLOW SECURED CLAIM.