FILED & ENTERED

APR 18 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:11-bk-12857-RK |
| TU KIM NGUYEN | Chapter 13 |
| Debtor(s). | **ORDER DENYING DEBTOR'S MOTION TO STAY POST PETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS** |
| | DATE:    April 14, 2011<br>TIME:    3:00 p.m.<br>PLACE:  Courtroom 5D<br>            411 W Fourth Street<br>            Santa Ana CA  92701 |

THIS MATTER came on for hearing on April 14, 2011 at 3:00 p.m., before the Honorable Robert N. Kwan, United States Bankruptcy Judge.  Diane Beall, of Law Offices of Gary L. Harre, appeared on behalf of Debtor.  No other appearances were made.

//

//

//

1 | The Court having reviewed the pleadings, heard the arguments of Debtor, for lack
2 | of legal authority to grant the motion hereby denies Debtor's Motion To Stay Post
3 | Petition, Preconfirmation Deed Of Trust Payments.
4 | IT IS SO ORDERED.
5 | ###

DATED: April 18, 2011

_____
United States Bankruptcy Judge

2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING DEBTOR'S MOTION TO STAY POST PETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 18, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Amrane (SA) Cohen (TR)     efile@ch13ac.com
Gary L Harre     ghcmecf@gmail.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Tu Kim Nguyen
6042 Ronald Cir
Cypress, CA 90630

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below: