MARISOL A. NAGATA
State Bar No. 221387
**BARRETT DAFFIN FRAPPIER**
**TREDER & WEISS, LLP**
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
File No. 2476604
cdcaecf@bdfgroup.com

Attorney for Objecting Secured Creditor
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE
INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-AR2 UNDER THE POOLING
AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006 ITS
ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re: | CASE NO.:  8:11-bk-12857-RK |
| | JUDGE:  The Hon. Robert N. Kwan |
| **Tu Kim Nguyen,** | CHAPTER:  13 |
| Debtor. | |
| | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | Confirmation Hearing |
| | DATE/TIME:  August 11, 2011 @ 2:00 pm |
| | PLACE:   US Bankruptcy Court |
| | 411 W Fourth St. |
| | Courtroom 5C |
| | Santa Ana, CA |

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE

INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR2, MORTGAGE PASS-THROUGH

CERTIFICATES, SERIES 2006-AR2 UNDER THE POOLING AND SERVICING

AGREEMENT DATED FEBRUARY 1, 2006 ITS ASSIGNS AND/OR SUCCESSORS IN

INTEREST ("Secured Creditor"), objects to confirmation of the Debtor's Chapter 13 Plan

filed on March 9, 2011 ("Plan") based on the following:

Debtor's Plan fails to meet the feasibility requirement of §1325.  Secured Creditor holds a claim
in the approximate amount of $644,357.69 secured by a first priority deed of trust against real property
commonly known as: **6042 RONALD CIRCLE, CYPRESS, CALIFORNIA** ("the Property").  The
arrearage portion of Secured Creditor's claim is in the amount of $45,576.27, which was omitted in the
Plan.  Secured Creditor requests judicial notice of Secured Creditor's Proof of Claim and Debtor's
Schedule "D" on file in this bankruptcy case.  Additionally, Debtor does not seem to have any additional
income to adequately fund a feasible plan. According to the Debtor's Schedule J, Debtor's monthly net
income is $135.00, the amount which Debtor is currently proposing to fund the plan.  Secured Creditor
requests judicial notice of Debtor's Schedules "I" and "J" on file in this bankruptcy case.

Additionally, the Plan fails to comply with 11 U.S.C. §1322(b)(5) as it does not provide for the
maintenance of post petition payments to this Secured Creditor.  Meanwhile, the Debtor also admits in
Schedule "D" that the Property is Debtor's residence, but at the same time, Debtor identifies $560.00
expense for rent or home mortgage payment in Schedule J.   Since the Debtor is not making post petition
payments to Secured Creditor, does the $560.00 represent rental expense?  Secured Creditor requests
explanation for the $560.00/per month expense.

This Court denied Debtor's Motion to Stay Post Petition, Preconfirmation Deed of Trust
Payments on April 18, 2011. Debtor appealed said Order to the 9th Circuit Bankruptcy Appellate Panel
(BAP # CC-11-1217).  However, it appears that the Debtor failed to prosecute the appeal. Consequently,

the Debtor's appeal was dismissed on June 13, 2011 for lack of jurisdiction.  Secured Creditor requests judicial notice of the BAP Docket for Case #CC-11-1217 and the Order Dismissing Appeal for Lack of Jurisdiction. This Court's Order Denying Debtor's Motion to Stay Post Petition, Preconfirmation Deed of Trust Payments is now a final order. Secured Creditor is in the process of filing a motion for relief from the automatic stay.

For the foregoing reasons, the Debtor's Plan does not comply with the provisions of the United States Bankruptcy Code.

WHEREFORE, this Secured Creditor prays as follows:

1.    That the court deny confirmation of the Debtor's Plan; and

2.    That the court either dismiss the Debtor's bankruptcy case or require the Debtor to file an amended Plan that eliminates Secured Creditor's objections.

**BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP**

Dated:  July 8, 2011                     By:    /s/ Marisol A. Nagata
                                                  MARISOL A. NAGATA
                                                  Attorney for Secured Creditor

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN